IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL WINESTOCK, #27813-037 | * | Civil No. WMN-07-1109 |
| | | Criminal No. WMN-90-0454 |
| Petitioner | * | |
| v. | * | |
| UNITED STATES OF AMERICA | * | |
| Respondent | * * * * * * * * | |

ORDER

In accordance with the foregoing Memorandum, IT IS this 15th day of May 2007, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The pleading (Paper 1605) IS CONSTRUED pursuant to 28 U.S.C. §2255 and the Clerk SHALL DOCKET it accordingly;

2. The 28 U.S.C. §2255 motion IS DISMISSED WITHOUT PREJUDICE for lack of jurisdiction;

3. The Clerk SHALL CLOSE this case; and

4. The Clerk SHALL MAIL to Petitioner a copy of this Order, Memorandum, and a forms packet for obtaining authorization from the United States Court of Appeals for the Fourth Circuit to file a successive 28 U.S.C. §2255 motion.

William M. Nickerson
Senior United States District Judge