Paul Winestock
Reg. No. 27813-037
FCI Fairton Camp
Post Office Box 420
Fairton, NJ 08320

December 13, 2007

The Honorable William M. Nickerson
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Ref:    United States v. Paul Winestock, Jr.
        Criminal Action No. WMN-90-0454

Dear Judge Nickerson:

I write you today as I believe I am eligible for resentencing, as result of the newly adopted Sentencing Guidlines for Crack Cocain convictions.

I hereby request that Your Honor appoint William Purpura, Esquire to represent me. Mr. Purpura has represented me, via Your Honor's appointment, previously in a 3582 Motion Proceeding and is very familiar with the details of my case.

Thank you for your careful consideration in this very important matter.

Respectfully,

Paul Winestock

Paul Winestock