**Robert A. Williams**
Reg. No. 27811-037
Federal Correctional Institution
P.O. Box 1000
Morgantown, WV 26507-1000

RECEIVED IN THE CHAMBERS OF
WILLIAM M. NICKERSON

JAN 29 2008

UNITED STATES DISTRICT COURT

90-0454

January 26, 2008

Honorable William M. Nickerson, Senior Judge
U.S. District Court
U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Dear Judge Nickerson,

    This letter is in reference to Amendment 706 and its effect on my life. I'm not sure if you can recall my sentencing (Case No. WN-90-0454 #21), but to briefly refresh your memory, I was in your courtroom in April of 1992. I was charged with 125 grams of cocaine base to which you excluded 118 grams. This left me with 7 grams of cocaine base, I was found not guilty of conspiracy, but as a result of the application of relevant conduct I was held accountable for 1.5 Kilograms of cocaine base and sentenced to what felt like the rest of my life.

    I made a major mistake in my life at the age of 21 and 16 years later I'm still incarcerated thinking about it. Being a first time offender I was placed in Category I and sentenced to 235 months. Given the negativity of my situated I managed to find a positive light. Throughout my incarceration I've found myself going through the painstaking process of educating myself which in turn I've come to realize I enjoy. I could have easily become a bitter man as a result of what I interpreted as a miscarriage of justice. However, somehow I found a way to become a better man and find humility in these 16 years of incarceration. Over these years I've incessantly rehabilitated myself through education and life courses. I've read countless books and completed many courses to improve myself as well as prepare for my release. I've worked extremely hard to not allow this situation to damage me psychologically. Time being my only commodity and appreciating its worth, I'm perpetually striving to get the most out of every day.

    I've written this letter directly, because of how important this amendment and its possible affect on my freedom is to me! I've completed a Title 18 §3582(c)(2) motion, but being so nervous I wanted to make sure that I did everything correctly. To my understanding this amendment would reduce my current base offense level of 38 (235-293) to a level 36 (188-235). I noticed that 235 months is the low end of level 38 and the high end of level 36. This I'm aware falls in the area of your discretion.

    With this all being said I can honestly say to you that "I truly am ready to reenter society, start a family and be a productive citizen, husband and father to my

future children". My release date is June 14, 2009, but I strongly fell that a reduction is vehemently deserved.

    I thank you for your time and consideration in this matter and any concerns or advice would be highly appreciated.

                                                  Sincerely,

                                              _____
                                              Robert A. Williams

Enc: Educational Transcripts

```
 MRGUX              *         INMATE EDUCATION DATA        *      01-07-2008
 PAGE 001           *              TRANSCRIPT              *       13:07:49

 REGISTER NO: 27811-037       NAME..: WILLIAMS                   FUNC: PRT
 FORMAT.....: TRANSCRIPT      RSP OF: MRG-MORGANTOWN FCI

------------------------------- EDUCATION INFORMATION ------------------------
 FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
 MRG  ESL HAS    ENGLISH PROFICIENT           05-13-1993 1113 CURRENT
 MRG  GED EARNED GED EARNED IN BOP            08-24-1993 1411 CURRENT

-------------------------------- EDUCATION COURSES ---------------------------
 SUB-FACL    DESCRIPTION                     START DATE  STOP DATE  EVNT AC LV  HRS
 MRG         GRAPHIC ARTS PM 12:00-3:00      12-02-2007  CURRENT
 MRG         RESIDENT DRUG PGM BATES UNT AM  07-02-2007  CURRENT
 MRG         JOB SEARCH SKILLS @ 3:00 PM     09-30-2007  10-17-2007  P   C  P   10
 MRG         COMMUNITY INFO/RESOURCES        08-17-2007  08-17-2007  P   C  P    1
 MRG         RELEASE READINESS EMPLOYMENT    08-17-2007  08-17-2007  P   C  P    2
 MRG         STRESS MANAGEMENT               08-17-2007  08-17-2007  P   C  P    2
 MRG         RELEASE PROCEDURES              08-17-2007  08-17-2007  P   C  P    1
 MRG         ESTABLISH SAVINGS PLAN          08-17-2007  08-17-2007  P   C  P    1
 MRG         AIDS AWARENESS/DISEASE PREVENT  08-17-2007  08-17-2007  P   C  P    1
 MRG         FUNDAMENTALS/RULES-RACQUETBALL  07-18-2007  07-18-2007  P   C  P    2
 MRG         COMPUTER CLASS AM 7:40-11:00    11-19-2006  04-29-2007  P   C  M  293
 MRG         BASIC ADULT LIFE SAVING TRAIN   08-16-2006  09-15-2006  P   C  P    3
 MRG         SPANISH II - INMATE TAUGHT      04-20-2006  07-09-2006  P   C  P   16
 MRG         ACE SMALL BUSINESS PLANNING     04-18-2006  07-09-2006  P   C  P   20
 MRG         TYPING CLASS AM 7:30-8:30       04-30-2006  05-07-2006  P   C  P    5
 YAZ         BEGINNING SPANISH LOW           12-07-2004  01-25-2005  P   C  P   16
 YAZ         CREATIVE WRITING                09-20-2004  11-15-2004  P   C  P   16
 YAZ         RPP#2 BUSINESS ETIQUETTE        12-01-2003  12-29-2003  P   C  P   16
 YAZ         NFPT-NATL FED PROFESS TRAINERS  09-30-2003  12-06-2003  P   C  P   24
 YAZ         RPP#3 FINANCIAL ANALYSIS        07-23-2003  09-17-2003  P   C  P   16
 YAZ         REAL ESTATE                     05-20-2003  06-24-2003  P   W  V   10
 YAZ         INTRO TO WELLNESS & NUTRITION   06-03-2003  07-29-2003  P   C  P   18
 YAZ         EXPLORATORY SEW M&W 8:30-10-30  03-25-2003  05-16-2003  P   C  E   90
 EGL         AA DEGREE-LIBERAL ARTS          05-08-2002  12-26-2002  P   W  I  135
 EGL         PREPARATORY ALGEBRA COLLEGE     08-21-2002  12-17-2002  C   C  P    0
 EGL         BUSINESS ETHICS-COLLEGE         06-20-2002  08-01-2002  C   C  P    0
 EGL         HUMANITIES INTRO                05-08-2002  06-19-2002  C   C  P    0
 EGL         NUTRITION COLLEGE               08-21-2001  09-20-2001  P   W  I   14
 EGL         BEGINNING SPANISH               01-18-2001  04-12-2001  P   C  P   36
 ASH         CONVERSATIONAL SPANISH I        08-11-1999  11-10-1999  P   C  P   24
 ASH         BRAKES & ALIGNMENTS             01-04-1999  02-08-1999  P   C  P   79
 ASH         DRAFTING, PERIOD 3              10-01-1998  12-31-1998  P   C  E  269
 ASH         DRAFTING, PERIOD 4              10-01-1998  12-31-1998  C   C  P    0
 ASH         DRAFTING 1 PM - PENNINGTON      06-29-1998  10-01-1998  C   C  P    0
 BEC         COLLEGE PRINC OF MARKETING      01-14-1998  05-20-1998  P   C  P   45
 BEC         COLLEGE PRINC OF MANAGEMENT     01-13-1998  03-09-1998  P   W  V   27
 BEC         WORDPERFECT 6.0 WILEY           01-22-1998  04-23-1998  C   C  P    0
 BEC         KEYBOARDING   W. WILEY          03-24-1997  05-30-1997  P   C  E   90
 ALM         PARK COLLEGE TUESDAY            01-12-1995  05-11-1995  P   C  P   30
 ALM         PARK COLLEGE WEDNESDAY          01-12-1995  05-11-1995  P   C  P   30

 G0002       MORE PAGES TO FOLLOW . . .
```

```
MRGUX             *         INMATE EDUCATION DATA      *      01-07-2008
PAGE 002 OF 002   *             TRANSCRIPT             *       13:07:49

REGISTER NO: 27811-037    NAME..: WILLIAMS                 FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: MRG-MORGANTOWN FCI

------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
SCH        PRINCIPLES OF ACOUNTING I    05-17-1994 09-08-1994   P   C  P    28
SCH        LABOR RELATIONS              05-16-1994 08-24-1994   P   C  P    23
SCH        INTRO TO MANAGEMENT MG-101   01-10-1994 05-04-1994   P   C  P    30
SCH        PRINCIPLES OF ACOUNTING I    01-11-1994 05-04-1994   P   C  P    28
SCH        INTERM.MACROECONOMICS EC-301 01-13-1994 05-02-1994   P   C  P    25
SCH        POST SECONDARY ED EVENING    10-04-1993 01-24-1994   P   C  P    99
SCH        EDUCATION GED AM             06-07-1993 08-02-1993   P   C  L   168

------------------------------ HIGH TEST SCORES -------------------------------
TEST         SUBTEST         SCORE      TEST DATE    TEST FACL   FORM    STATE
GED          AVERAGE         51.0       08-19-1993   SCH         PASS    PA
             LIT/ARTS        47.0       08-19-1993   SCH         AB      PA
             MATH            51.0       08-19-1993   SCH         AB      PA
             SCIENCE         56.0       08-19-1993   SCH         AB      PA
             SOC STUDY       49.0       08-19-1993   SCH         AB      PA
             WRITING         56.0       08-19-1993   SCH         AB      PA




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```