IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   :
:
v.   :   CRIMINAL NOS. WMN-90-0454
:
Robert A. Williams   ...o0o...

## ORDER

I have received the letter dated February 26, 2008, from Assistant Federal Public Defender Denise C. Barrett regarding the eligibility of defendant Robert A. Williams for release from incarceration March 3, 2008, pursuant to his letter/motion of January 26, 2008, and the retroactive application of the crack cocaine amendments. The United States Attorney is directed to submit to chambers **no later than close of business on February 27, 2008,** any objections he may have to a time-served sentence reduction for the defendants.

**SO ORDERED** this 26th day of February, 2008.

William M. Nickerson
Senior United States District Judge