AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ROBERT A. WILLIAMS | ) Case No: WMN-90-0454 |
| | ) USM No: 27811-037 |
| Date of Previous Judgment: APRIL 2, 1993 | ) DENISE C. BARRETT, Assistant Federal Public |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __235__ months **is reduced to** __188 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __38__     Amended Offense Level: __36__
Criminal History Category: __I__     Criminal History Category: __I__
Previous Guideline Range: __235__ to __293__ months   Amended Guideline Range: __188__ to __235__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __4/2/93__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 28, 2008

Judge's signature

Effective Date: March 10, 2008     W. M. NICKERSON, SENIOR U.S. DISTRICT JUDGE
(if different from order date)     Printed name and title

CMN 2/28/08