IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :

v.                                :     CRIMINAL ACTION NO. WMN-90-0454

NORMAN BROWN                      :

**ORDER**

The Court is in receipt of a request from the Office of the Federal Public Defender that said office be appointed to represent the defendant for the limited purpose of briefing the Court on his eligibility for a sentence reduction under 18 U.S.C. section 3582 if his offense involved more than 4.5 kilograms of crack cocaine. There being no objection to this request, IT IS, this 19th day of March, 2008, by the United States District Court for the District of Maryland, ORDERED:

1. That the Office of the Federal Public Defender is hereby appointed for this limited purpose;

2. That defendant's brief shall be filed on or before Friday, April 4, 2008;

3. That the Government's response shall be filed on or before Friday, April 18, 2008;

4. That defendant's reply, if desired, shall be filed on or before Friday, April 25, 2008; and

5. That the clerk of Court shall mail copies of this Order to counsel in this case.

William M. Nickerson
Senior United States District Judge