Probation Form No. 35
(3/05 Mod)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

UNITED STATES OF AMERICA

      Vs.

      Michael Holmes

Crim. No. WN-90-0454

On June 16, 2004, the above named was placed on Supervised Release for a period of 60 months. He has complied with the rules and regulations. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Carrie Lacy
U.S. Probation Officer

David Tracy
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this ____11____ day of ____August____, 20_08_.

Peter J. Messitte
U.S. District Judge