IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. WMN-90-454 |
| PAUL WINESTOCK | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>NOTICE OF APPEAL</u>

Notice is hereby given that the above-named defendant, Paul Winestock, Jr., hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order denying the Motion to Reduce Sentence issued in this action on October 6, 2008.

Dated: October 14, 2008

Respectfully submitted,

JAMES WYDA
Federal Public Defender

/S/
_____
PARESH PATEL
Staff Attorney
Office of the Federal Public Defender
6411 Ivy Lane
Suite 710
Greenbelt, Maryland 20770
Phone: (301) 344-0600
Fax: (301) 344-0019
Email: Paresh_Patel@fd.org