IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WMN-90-454 |
| MELVIN FORD | * | |

* * * * * *

## NOTICE OF APPEAL

Notice is hereby given that Mr. Ford, hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Order denying the Motion to Reduce Sentence issued in this action on October 6, 2008.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

/s/
_____
PARESH S. PATEL
6411 Ivy Lane, Ste. 710
Greenbelt, Maryland 20770
(301) 344-0600
Fax: (301) 344-0019
Email: Paresh_Patel@fd.org

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 15th day of October, 2008, a copy of the foregoing Notice of Appeal was delivered via electronic filing to Assistant United States Attorney Barbara Sale, Esq., Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

                \_\_\_\_\_/s/_____
                PARESH S. PATEL
                Staff Attorney