PROB 12A
(4/08) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

### Report on Offender Under Supervision

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 OCT 15 P 4: 17
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

Offender: Carlos Edwin McGill  
Case Number: 1:90CR00454  
Sentencing Judicial Officer: William M. Nickerson, Senior U.S. District Judge  
Court Location: Baltimore, Maryland  
Date of Original Sentence: 11/13/1992  
Original Offense: Possession with Intent to Distribute  
Original Sentence: 235 months Custody with 5 year(s) Supervised Release to follow  
Type of Supervision: TSR  
Date Supervision Commenced: 11/08/2005  
Date Supervision Expires: 11/07/2010  

## STATUS REPORT

Reference is made to the violation report dated March 6, 2008 and the defendant's pending violation hearing. The purpose of this correspondence is to notify Your Honor that the defendant's case # 2007CF2 0227684 in the District of Columbia Superior Court has been postponed until November 5, 2008. Please see attached documentation.

## U.S. PROBATION OFFICER ACTION

The Probation Department respectfully request that this matter is continued until after the pending trial date of November 5, 2008 in the District of Columbia Superior Court for the charge of Possession with Intent to Distribute.

Respectfully Submitted By:  
[signature]  
Sharnell Howell, U.S. Probation Officer  

October 7, 2008  
Date  

Reviewed and Approved By:  
[signature]  
Christopher L. Keating, Supervisory U.S. Probation Officer  

10/10/08  
Date  

## COURT ACTION

[✓] Agree with USPO action  
[ ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Disagree, Submit a Request for Warrant or Summons  
[ ] Disagree, Other  

[signature]  
William M. Nickerson, Senior U.S. District Judge  

10/15/08  
Date



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### NOTICE TO RETURN TO COURT

Defendant CARLOS EDWIN MCGILL                                  Case No. 2007 CF2 027684

YOUR CASE IS SET FOR **9:00 am** ON **November 05, 2008**
BEFORE THE HONORABLE JUDGE **HIRAM E PUIG-LUGO** IN **Courtroom 216**
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA, 500 INDIANA AVENUE, N.W. FAILURE TO APPEAR PROMPTLY MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.

#### IMPORTANT

It is your responsibility to appear on time in the proper courtroom. **Your obligation is to remain in the courtroom until released by a Judicial Officer.** Your name should be listed on the court calendar posted at the courtroom entrance. If it is not, please check with the Clerk in the courtroom before court begins or with the Pretrial Services Agency in Room C-301, or with a Clerk at the Information Window in the lobby of the courthouse to find out if your case will be handled in a different courtroom. If Court is closed due to an emergency, you are obligated to return to Court the next business day at 9:00 a.m. You remain under previously imposed conditions of release until further Order of the Court.

If you fail to reappear while your case is in trial it may continue in your absence up to and including the rendering of a verdict by the Court or Jury.

Signature of Defendant

Penalties for failure to appear for a pending Felony charge: 5 years or $5,000 fine

Penalties for failure to appear for a pending Misdemeanor/Traffic charge: 180 days or $1,000 fine

4811 ALABAMA AVE SE 2
WASH, DC

Address of Defendant

Robin Mangum, Deputy Clerk

September 18, 2008

cdntrtc