90-0454

RECEIVED IN THE CHAMBERS OF
WILLIAM M. NICKERSON

OCT 20 2008

UNITED STATES DISTRICT COURT

Date: 10.16.08

Dear Hon. William M. Nickerson,

This is Mr. Norman Brown. I'm writing this letter to you sir with a very important question that has me highly confused. I have just received your latest ruling on me and my co-defendants pertaining to Amendment 706. To our detriment we were not able to prevail with that attempt.

However your honor, my confusion comes in with the motions that were filed before the court by Docket #'s 1600, 1601, 1614, 1635, 1617, 1628, 1639, 1649. All those motions derive from Amendment 505. Your honor as I look at my docket sheet and speak with the attorney you appointed me for Amendment 706. The attorney in her letter #1658 raised the question pertaining to 505 and my status on the status issue.

On Docket #1628 you ordered the Gov't. to respond to the "Bona Fides" of those priors. Upon their response, two days later you order #1642. I have been awaiting your decision from all the above Docket #. Could you please remove some of my daily fears of never coming home by clearing up the status on the above matters with 505.

Thank You!
Norman Brown
#25415-037