TRANSMITTAL SHEET
(Notice of Appellate Action)

| Notice of Filing<br>☐ Cross Appeal<br>x Interlocutory Appeal (s)<br>☐ Additional NOA<br>☐ Corrected Amended NOA<br>☐ Transmittal of Record<br>☐ Transmittal of Certificate<br>☐ Supplement to ROA<br>☐ Supplemental Certificate<br>☐ Other _____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption:<br>USA<br>     v.<br>Paul Winestock Jr. | District Court Case No. WMN90-cr-454<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |
|---|---|---|
| | | |

**Part I**

Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1.    NOA filed: 10/14/08 | 4.    Fees<br><br>                          X_  no fee required (FPD)<br>$5 filing fee:              paid      unpaid<br>$250 docketing fee:        paid  _ unpaid<br>Pauper status:   ☐ granted  ☐ denied   ☐ pending in District Court<br>Does PLRA apply?      ☐ yes  ☐ no   ☐ 3 strikes?   ☐ yes   ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
|---|---|
| 2.    Amended NOA filed: | |
| 3.    District Judge: William M. Nickerson | 5.    Materials Under Seal in District Court?      yes    x  no<br><br>      Party Names Under Seal in District Court?      ☐ yes    x  no |
| 6.  Official Court Reporter(s)<br><br><br><br> Coordinator(s):<br> Nadine Mercer | 7.    Transcript<br><br>      In-Court Hearing Held?                  _ yes    x  no |
| | 8.    Criminal/Prisoner Cases<br><br>☐ recalcitrant witness          Defendant's Address:<br>☐ on death row<br>☐  in custody<br>☐ on bond<br>☐ on probation |

| **Part II** | TRANSMITTAL OF RECORD TO COURT OF APPEALS |
|---|---|
| ORIGINAL RECORD<br>Pleadings:          Vols. _____<br>Transcript:          Vols. _____<br>Exhibits:          Vols. _____<br>Depositions:          Vols. _____<br>State Ct. Record:    Vols. _____<br>Sealed:          Vols. _____<br>No. of Boxes      _____ | SUPPLEMENT TO RECORD - SUPPLEMENT # _____<br>Pleadings:          Vols. _____<br>Transcript:          Vols. _____<br>Exhibits:          Vols. _____<br>Depositions:          Vols. _____<br>State Ct. Record:    Vols. _____<br>Sealed:          Vols. _____<br>No. of Boxes      _____ |

Deputy Clerk: Nadine Mercer      Phone:    (410) 962-3986      Date: 10/31/08