TRANSMITTAL SHEET
(Notice of Appellate Action)

| Notice of Filing<br>☐ Cross Appeal<br>x  Interlocutory Appeal (s)<br>☐ Additional NOA<br>☐ Corrected Amended NOA<br>☐ Transmittal of Record<br>☐ Transmittal of Certificate<br>☐ Supplement to ROA<br>☐ Supplemental Certificate<br>☐ Other _____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption:<br>USA<br>    v.<br>Melvin A. Ford | District Court Case No. WMN90-cr-454<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |
|---|---|---|

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 10/15/08 | 4. Fees<br>          X   no fee required (FPD)<br>$5 filing fee:              paid     unpaid<br>$250 docketing fee:         paid     unpaid |
| 2. Amended NOA filed: | Pauper status:      ☐ granted   ☐ denied   ☐ pending in District Court<br>Does PLRA apply?     ☐ yes  ☐ no     ☐ 3 strikes?    ☐ yes   ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3. District Judge: William M. Nickerson | 5. Materials Under Seal in District Court?    yes    x  no<br><br>       Party Names Under Seal in District Court?    ☐ yes   x  no |
| 6. Official Court Reporter(s)<br><br><br>Coordinator(s):<br>Nadine Mercer | 7. Transcript<br><br>       In-Court Hearing Held?              yes    x  no<br>8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness        Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**        TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT # _____ |
|---|---|
| Pleadings:       Vols. _____ | Pleadings:       Vols. _____ |
| Transcript:      Vols. _____ | Transcript:      Vols. _____ |
| Exhibits:        Vols. _____ | Exhibits:        Vols. _____ |
| Depositions:     Vols. _____ | Depositions:     Vols. _____ |
| State Ct. Record: Vols. _____ | State Ct. Record: Vols. _____ |
| Sealed:          Vols. _____ | Sealed:          Vols. _____ |
| No. of Boxes    _____ | No. of Boxes    _____ |

Deputy Clerk: Nadine Mercer      Phone:  (410) 962-3986          Date: 10/31/08