TRANSMITTAL SHEET
(Notice of Appellate Action)

| Notice of Filing | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND AT BALTIMORE | District Court Case No. WMN90-cr-454 |
|---|---|---|
| ☐ Cross Appeal<br>x Interlocutory Appeal (s)<br>☐ Additional NOA<br>☐ Corrected Amended NOA<br>☐ Transmittal of Record<br>☐ Transmittal of Certificate<br>☐ Supplement to ROA<br>☐ Supplemental Certificate<br>☐ Other _____ | Caption:<br>USA<br>   v.<br>Michael Steven Smith | 4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 10/15/08 | 4. Fees<br>   X   no fee required (FPD)<br>$5 filing fee:          paid     unpaid<br>$250 docketing fee:     paid     unpaid |
| 2. Amended NOA filed: | Pauper status:    ☐ granted  ☐ denied  ☐ pending in District Court<br>Does PLRA apply?  ☐ yes  ☐ no   ☐ 3 strikes?  ☐ yes  ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3. District Judge: William M. Nickerson | 5. Materials Under Seal in District Court?    yes   x no<br><br>   Party Names Under Seal in District Court?  ☐ yes  x no |
| 6. Official Court Reporter(s)<br><br><br>Coordinator(s):<br>Nadine Mercer | 7. Transcript<br>   In-Court Hearing Held?        yes   x  no<br>8. Criminal/Prisoner Cases<br>☐ recalcitrant witness          Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**         TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT # _____ |
|---|---|
| Pleadings:   Vols. _____<br>Transcript:  Vols. _____<br>Exhibits:    Vols. _____<br>Depositions: Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:      Vols. _____<br>No. of Boxes _____ | Pleadings:   Vols. _____<br>Transcript:  Vols. _____<br>Exhibits:    Vols. _____<br>Depositions: Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:      Vols. _____<br>No. of Boxes _____ |

Deputy Clerk: Nadine Mercer      Phone:  (410) 962-3986      Date: 10/31/08