UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

November 6, 2008

Denise Barrett, Esq.
Asst. Federal Public Defender

Re: USA v. Norman Brown
   Criminal Case No. WMN-90-0454

Dear Ms. Barrett:

I enclose a letter dated October 16, 2008, received October 20, 2008, by me from Norman Brown. The question or questions raised in Mr. Brown's letter is not at all clear to me. In any event, this matter is now on appeal and appears to be completely out of my hands at this point. Perhaps this is a matter for you to take up directly with Mr. Brown.

Very truly yours,

William M. Nickerson
Senior United States District Judge

cc: Court File
    AUSA Barbara Sale
    AUSA Barbara Scalla
    Mr. Brown