FILED: November 12, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-8347 (L)
(1:90-cr-00454-WMN-5)

_____

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee

v.

MELVIN A. FORD,

　　　　　　Defendant - Appellant

_____

No. 08-8348
(1:90-00454-WMN-4)

_____

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee

v.

NORMAN O'NEAL BROWN,

　　　　　　Defendant - Appellant

_____

No. 08-8349
(1:90-cr-00454-WMN-3)

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

PAUL WINESTOCK, Jr.,

                    Defendant - Appellant


_____

                 No. 08-8350
            (1:90-cr-00454-WMN-8)

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

MICHAEL STEVEN SMITH,

                    Defendant - Appellant


_____

                 No. 08-8351
            (1:90-cr-00454-WMN-10)

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

JEFFREY ANDREW REID,

Defendant - Appellant

_____

No. 08-8352
(1:90-cr-00454-WMN-2)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

WALTER TREVAUGHN SMITH,

Defendant - Appellant

_____

O R D E R
_____

The Court consolidates Case No. 08-8348, 08-8349, 08-8350, 08-8351, 08-8352 and Case No. 08-8347. The lead case number, **08-8347**, shall be included on all papers subsequently filed in this Court. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk