# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

December 11, 2008

Mr. Norman Brown
No. 25415-037
P.O. Box 90043
Petersburg, VA 23804

Dear Mr. Brown:

This letter is intended to respond to your letter to me dated October 16, 2008.

Your confusion with regard to prior rulings and docket entries is understandable. Numerous motions, responses, orders and other pleadings have been filed, some pertaining to you individually and others pertaining to other defendants in this case, as well as papers pertaining to two or more defendants jointly. The concern regarding confusion is compounded by the fact that many of the papers have been filed pro se and others by counsel.

To answer your inquiry as simply as I can, the issues that you have raised in your request for relief pursuant to Amendment 505 to the Sentencing Guidelines, which was made effective on November 1, 1994, were addressed in my Memorandum and Order issued on June 6, 2007. The issues presented in relation to Amendment 706, made effective on November 1, 2007, were addressed in my Memorandum and Order issued on October 6, 2008. It appears that you have entered an appeal through counsel to this recent memorandum and Order on October 15, 2008.

If you have further questions, I suggest that you direct them to your attorney, Paresh S. Patel at the Office of the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, MD 20770.

Very truly yours,

William M. Nickerson
Senior United States District Judge

WMN:ce

cc:   AFPD Patel
      AUSA Skalla