Inmate Paul Winestock #27813-037
FCI Fairton Camp
P.O. Box 420
Fairton, NJ. 08320

Ms. Barbara S. Skalla
United States Attorney
6500 Cherrywood La., Suite 400
Greenbelt, Maryland 20770

```
RECEIVED IN THE CHAMBERS OF
WILLIAM M. NICKERSON

JAN 2 9 2009
w/o enclosures
UNITED STATES DISTRICT COURT
```

90-0454

January 26, 2009

Dear Ms. Skalla;

On October 22, 2008, I sent a motion to the U.S. District Court, requesting consideration of reduction of my sentence based on extraordinary circumstances. Please see enclosed motion. I am also enclosing a memorandum, signed by the Camp Administrator, which details the life-saving effort that I provided to inmate William Connallon #60438-050.

Currently, I am asking the Warden of FCI Fairton to initiate a request to the Director of the Bureau of Prisons, pursuant to law, so that the Director may in turn inform the Court of my extraordinary effort, thereby showing my excellent rehabilitation status.

This process has taken longer than I expected, even though the correctional officer was issued a citation on October 29, 2008. While I have every confidence that the request will be made on my behalf, I would like to know if you have any objection in principle to a 2-level reduction of my current sentence based on the report I am sending you.

Please do not confuse this with another life-saving assistance which I provided and which may be in my file. This was previously submitted under the new crack amendment motion that I filed and which detailed my efforts in March of 2005. I have enclosed this memorandum as well.

Please respond to this letter in writing, so that I may give it to my Warden. Thank you for your consideration.

Sincerely,

*Paul Winestock*

Paul Winestock


cc. Judge William M. Nickerson