IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *
    *
v.     *
    *   Criminal No. WMN-90-0454
NORMAN BROWN     *
    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

In accordance with the accompanying memorandum and for the reasons stated therein, IT IS this 18th day of March, 2009, by the United States District Court for the District of Maryland, ORDERED:

1) That Defendant's Motion for Reconsideration, Paper No. 1614, is DENIED; and

2) That the Clerk of the Court shall mail or transmit a copy of this Memorandum and Order to Defendant and all counsel of record.

_____
William M. Nickerson
Senior United States District Judge