FILED: April 9, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 08-8347 (L)
(1:90-cr-00454-WMN-5)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

MELVIN A. FORD,

        Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this Court, entered 3/18/09, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*