IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

vs.                                 *       Case No.   WMN 90-cr-454

Vincent Knight                      *

******

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _November 2nd_ (date) at _1:15pm_ (time) before _Jillyn K. Schulze_, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, Courtroom _3A_.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

___October 29, 2009___                    _/s/ Jillyn K. Schulze_
Date                                      Jillyn K. Schulze
                                          UNITED STATES MAGISTRATE JUDGE

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 103