=======================================================
# UNITED STATES DISTRICT COURT
-----------------DISTRICT OF MARYLAND-----------------

**UNITED STATES OF AMERICA**     \*

    **v.**                                              \*   Case No.:   WMN-90-0454

**VINCENT R. KNIGHT**                          \*

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case for Vincent R. Knight.  I certify that I am admitted to practice in this Court.

        JAMES WYDA
        Federal Public Defender


        _____/s/_____
        LISA W. LUNT  (Bar No. 16539)
        Assistant Federal Public Defender
        Federal Public Defender's Office
        6411 Ivy Lane, Suite 710
        Greenbelt, Maryland  20770-1405
        (301) 344-0600
        Fax No. (301) 344-0019
        E-mail: Lisa_Lunt@fd.org