**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA                                                                                               LISA W. LUNT
FEDERAL PUBLIC DEFENDER                                                         ASSISTANT FEDERAL PUBLIC DEFENDER

November 16, 2009

The Honorable William M. Nickerson
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

                        Re:    *United States v. Vincent Knight*
                                Case No. WMN-90-0454

Dear Judge Nickerson,

      I represent Vincent Knight who currently has a hearing on a violation of supervised release set for November 18, 2009, before this Court. There are several alleged violations; the most serious is an unresolved pending charge in Prince George's County. Mr. Knight was released with conditions on November 2, 2009, but was transported to PG County on a detainer related to this charge. He is still detained at PG County, and the matter is still unresolved.

      I spoke to the AUSA, Barbara Skalla, last week about this case, and we agreed that we'd like the November 18 hearing date to be continued. I spoke to your clerk this morning and suggested that we take the hearing off the calendar until we have a sense of what will happen to the underlying PG County case. I spoke with the probation officer, who agrees with this plan. I left a message for Ms. Skalla and although I haven't heard from her, I think this is consistent with our call on Friday.

      Therefore, I'd ask that the hearing be taken off the calendar. Please feel free to call if you have any questions.

                                         Sincerely,

                                         //s//

                                         Lisa W. Lunt
                                         Assistant Federal Public Defender

cc:    Barbara Skalla, AUSA
        Sharon Jacobs, USPO