April 22, 2010

Dear Felicia C. Cannon, Clerk,

The paper number of document(s) I'm requesting have a cost of $9.50. I'm unable to afford this cost and would like to request the government to assist me in these expenses.

Thank You!
Norman Brown
#25415-037

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

APR 26 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

April 22, 2010

Dear Felicia C. Cannon, Clerk

I am in need of documents with the page number(s) of 1189. My case title is United States of America V. Woodstock, et. al. My case No. is 1:90-CR-454. This document is my drug amount request from the government to the Judge.

Sincerely,

Polman Brown
#25415-037

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___

APR 26 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

DeMarJ Brown
#25415-037
PO Box 1000
Petersburg, VA 23804

Felicia C. Cannon, Clerk
Clerk, United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201-2691

