# UNITED STATES DISTRICT COURT
## -------------DISTRICT OF MARYLAND-------------

### A P P E A R A N C E

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **v.** | *    **Crim. No. WMN-90-0454** |
| **ROBERT A. WILLIAMS** | * |
| | * |

\*   \*   \*   \*   \*   \*

### LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in the case for Robert A. Williams.  I

certify that I am admitted to practice in this Court.

JAMES WYDA
Federal Public Defender


_____/s/_____
LAUREN E. CASE (#23356)
Staff Attorney
Office of the Federal Public Defender
6411 Ivy Lane - Suite 710
Greenbelt, Maryland  20770
Telephone:  (301) 344-0600
Facsimile:   (301) 344-0019


Date: July 8, 2010