IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | Criminal No. WMN-90-0054 |
| ROBERT A. WILLIAMS | * |

* * * * *

### ORDER

Having considered the request of the Defendant, Robert A. Williams, it is this __13th__ day of __July__, 2010, hereby **ORDERED** by the United States District Court for the District of Maryland, that Mr. Williams' term of supervised release be terminated of this date.

_____/s/_____
WILLIAM M. NICKERSON
United States District Judge

cc:  AUSA Barbara Sale
     FPD Staff Attorney, Lauren E. Case