# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

VINCENT KNIGHT

WARRANT FOR ARREST

Case No. WMN-90-0454

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ VINCENT KNIGHT _____
                                              *Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with *(brief description of offense)*:

in violation of Title _____ United States Code, Section(s) _____

_Felicia C. Cannon_                          _Clerk, U.S. District Court_
Name of Issuing Officer                       Title of Issuing Officer

_MCBoyle_                                    _October 1, 2007   Baltimore, MD_
(By) Deputy Clerk                             Date and Location

Bail fixed at $ _____        by  _William M. Nickerson, USDJ_
                                    Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 10/28/09 | USMS | |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant