OCT 12 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Probation Form No. 35
(3/05 Mod)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

Vs.

Jeffrey Reid

Crim. No. WMN-90-454

On January 05, 2009, the above named was placed on Supervised Release with the District of Maryland for a period of 60 months. He has complied with the rules and regulations. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Bruce G. James Jr.
U.S. Probation Officer

Leon A. Epps, Jr.
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this __12th__ day of __October__, 20__11__.

William M. Nickerson
Senior U.S. District Judge