Probation Form No. 35
(3/05 Mod)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

Vs.

Walter Smith

FILED _____ ENTERED
LODGED _____ RECEIVED

NOV 29 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Crim. No. 90CR00454

On March 13, 2009, the above named was placed on Supervised Release for a period of 60 months. He has complied with the rules and regulations. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Michael Wilbur
U.S. Probation Officer

_____
Christopher L. Keating
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this __28th__ day of __November__, 20__11__.

_____
William M. Nickerson
Senior U.S. District Judge