IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

____ FILED  ____ ENTERED
____ LOGGED  ____ RECEIVED

MELVIN FORD

DEC 0 8 2011

MOVANT,

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

VS.

CRIMINAL ACTION NO: WMN-90-0454

SENIOR JUDGE WILLIAM A. NICKERSON,

UNITED STATES OF AMERICA,

RESPONDENT.

MOTION TO MODIFY SENTENCE PURSUANT TO
18 USC 3582(c)(2).

COMES NOW Melvin Ford in pro se, hereby files this his motion to Modify sentence pursuant to 18 USC section 3582(c)(2).

LAW.

The court may not modify a term of imprisonment once the sentence has been imposed except: When the the United States Sentencing Commission has subsequently lowered the Guidlelines and such amendment is in the Guideline pursuant to USSG 1B1.10.

FACTS.

Movant was sentenced in this court to a term of 360 months plus 5 months supervised release for crack cocaine violation. When movant was sentenced on the underlying crack offense, the applicable guidelines range was 100:1. The Sentencing Commission has subsequently lowered the guideline to 18:1. This is Amendment 750. See prior 3553(a) Factors and programming.

WHEREFORE, Movant prays that this Honorable Court grants his motion and modify his sentence to reflect the amendment in 750 pursuant to 18 USC 3582(c)(2).

Respectfully submitted,

CERTIFICATE OF SERVICE.

I, Melvin Ford, hereby certify that I have served upon the United States attorney a true and correct copy of same by placing in the United States mail with sufficient postage affixed to the address as follows:

Done this 5TH day of Dec. ,2011.

*[signature: Melvin Ford]*

Office of the United States Attorney

Edwurd A. Garmate Federal Building

101 W. Lombard St Rm.

Baltimore, Md. 21201


Office of the Clerk

United States Courthouse

101 W. Lombard St. Rm. 4415

Baltimore, Md. 20101-2605


x *[signature: Melvin Ford]*

cc/file                                                      Respectfully Melvin Ford

Melvin Ford
Reg No. 43681-066
301 East Erie Ave.
Phila. Pa. 19134

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 0 8 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY BCF        DEPUTY

November 23, 2011

Dear Clerk,

    Would you please hand this one(1) up to the Honorable William A. Nickerson, SJ. in this 3582(c)(2) proceeding.

x _[signature]_

Respectfully Submitted

Melvin Ford
#48681-066
301 East Erie Ave.
Phila. Pa. 19134



Office of the Clerk
101 W. Lombard St. Rm 4415
Baltimore, MD. 21201-2605

