IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

v.                             *   Criminal No. WMN-90-454

MELVIN A. FORD
                               *

\* \* \* \* \* \*

### ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 750 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this 2nd day of February, 2012, ordered by the United States District Court for the District of Maryland that the Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with the motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 750.

The Honorable William M. Nickerson
United States District Judge