...

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 FEB -2  P 5: 19
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: WMN-90-454 |
| Melvin A. Ford ) | USM No: 43681-066 |
| ) | |
| Date of Original Judgment: 11/06/1992 ) | |
| Date of Previous Amended Judgment: 12/05/1996 ) | Paresh S. Patel |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __292 months__ months is **reduced to** __time served__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/05/1996__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __2/2/12__    _____
                          *Judge's signature*

Effective Date: _____    The Honorable William M. Nickerson
*(if different from order date)*    *Printed name and title*