U.S. Department of Justice

United States Attorney
District of Maryland

---

*Rod J. Rosenstein*  
*United States Attorney*

*Barbara S. Sale*  
*Chief, Criminal Division*

*36 South Charles Street*  
*Fourth Floor*  
*Baltimore, Maryland 21201*

DIRECT: 410-209-4902  
MAIN: 410-209-4800  
FAX: 410-962-3124  
TTY/TDD: 410-962-4462  
Barbara.Sale@usdoj.gov

March 20, 2012

The Hon. William M. Nickerson  
United States District Judge  
United States District Court  
101 W. Lombard Street  
Baltimore, MD 21201

Re: *United States v. Melvin A. Ford*,  
    Crim. No. WMN-90-0454

Dear Judge Nickerson:

    I have spoken to Jack Geise about this cases, and he and I concur with Probation that Mr. Ford's request is premature. He has only been out of prison for a little over a month. As I see it, Supervised Release should be more of a help than a burden to one in Mr. Ford's shoes, as it is likely that one who has been institutionalized for two decades can use some help getting and staying on his feet. His Probation Officer can certainly adjust the intensity of supervision according to Mr. Ford's needs.

    As an aside, I would note that the Eastern District of Pennsylvania has a very robust "re-entry" program, run by United States Magistrate Judge Tim Rice. The program, as witnessed first hand by a number of judges from our court, does a simply amazing job of encouraging ex-inmates, giving them the tools they need to succeed and holding up the success stories as examples to their peers. I think Mr. Ford could perhaps benefit from Judge Rice's program.

                  Very truly yours,

                    Rod J. Rosenstein  
                    United States Attorney

            By:___/s/_____  
                Barbara S. Sale  
                Assistant United States Attorney  
                Chief, Criminal Division

cc: William Dixon, United States Probation Officer