IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. WMN-90-0454 |
| MELVIN A. FORD | * | |

\* \* \* \* \* \*

ORDER

Upon the request of the defendant, Melvin A. Ford, for termination of supervised release pursuant to 18 U.S.C. §3583(e), it is this __14th__ day of __March__, 2013, ordered by the United States District Court for the District of Maryland that the supervised release in the above-referenced case is terminated.

_____
The Honorable William M. Nickerson
United States District Judge