UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APRIL 14, 2013

| | |
|---|---|
| UNITED STATES OF AMERICAN ) | |
| ) | CRIMINAL NUMBER: WMN-90-0454 |
| v. ) | |
| ) | Docket No. 1000735 |
| Paul Winestock Jr. ) | |
| ) | |

\* \* \* \* \* \* \* \*

COMES NOW the Defendant, Paul Winestock, Jr. pro se and respectfully requests to appeal the denial of his 18 U.S.C. §3582(C)(2) motion and requests appointment of counsel.

1) The Defendant states that his §3582(C)(2) motion was denied on April 11, 2013 in the United States District Court for the District of Maryland.

2) Defendant states that attorney Paul R. Kramer stated that he could not represent Defendant on appeal.

3) Defendant states that he does not have the requisite legal knowledge to represent himself on appeal.

4) Defendant states that neither he nor his family has the financial resources to retain an attorney to prosecute this appeal.

For all of the reasons stated above, the Defendant respectfully requests this Honorable Court;

1) Grant the Defendant's motion to appeal the denial of Defendant's

-1-

18 U.S.C. §3582(c)(2),

2) Appoint as counsel, Caroline Swift Platt, Office of the Federal Public Defender, Alexandria, Virginia to prosecute Defendant's appeal; and

3) Grant such other relief as this Court deems appropriate.

Respectfully Submitted,

*[signature: Paul Winestock Jr.]*

Paul Winestock, Jr.

Certificate of Service and
Declaration in Compliance with 28 U.S.C. §1746

I, Paul Winestock, do hereby declare under penalty of perjury that on the __15__ day of April, 2013, I sent via the established legal mail protocol at the Federal Correctional Institution where I am housed, the original and the appropriate number of true and correct copies of the foregoing motion to the persons listed below:

Mrs. Barbara S Sale, AUSA
Office of the United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

Original to:

United States District Court Clerk
District of Maryland
101 West Lombard Street
Baltimore, MD 21201-2605


Witness my hand this __14__ day of April, 2013

_____        _____
Witness                         Paul Winestock