**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 04/17/13 | **District:** USDC Maryland | **District Case No.:** WMN-90cr0454 |
| ___ First NOA in Case | **Division:** Baltimore | **4CCA No(s). for any prior NOA:** |
| ✓ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | **Caption:** | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | USA | |
| ___ Paper ROA  ___ Paper Supp. | v. | |
| Vols: _____ | Paul Winestock, Jr. | |
| Other: _____ | | |

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case**:** | **Fee Status:** |
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)  ___ Appeal fees paid in full  ✓ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ___ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case**:** | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** | **PLRA Cases**: |
| William M. Nickerson | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): | **Sealed Status** (check all that apply)**:** |
| | ____ Portions of record under seal |
| | ____ Entire record under seal |
| | ____ Party names under seal |
| **Coordinator**: | ____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable)**:** | **Record Status for Counseled Appeals** (check any applicable)**:** |
|---|---|
| ___ Assembled electronic record transmitted | ✓ Assembled electronic record available if requested |
| ___ Additional sealed record emailed to 4cca-filing | ___ Additional sealed record available if requested |
| ___ Paper record or supplement shipped to 4CCA | ___ Paper record or supplement available if requested |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Stephanie Savoy    Phone: 410-962-3928    Date: 04/18/13

01/2012