FILED: April 19, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6615
(1:90-cr-00454-WMN-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PAUL WINESTOCK, JR.

      Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:90-cr-00454-WMN-3 |
| Date notice of appeal filed in originating court: | 04/18/2013 |
| Appellant (s) | Paul Winestock, Jr. |
| Appellate Case Number | 13-6615 |
| Case Manager | Sue Ellen Nagle 804-916-2702 |