UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

April 30, 2013

Paul Winestock, Jr.
Reg. No. 27813-037
Federal Satellite Low Elkton
P.O. Box 10
Lisbon, OH   44432

RE: United States v. Paul Winestock, Jr.
   Criminal No. WMN-90-0454

Dear Mr. Winestock:

I have received your letter inquiring about potential "good time credits" to which you might be entitled due to overcrowding during your detention at the Baltimore City Jail from December 5, 1990, to January 14, 1991. ECF No. 1740. While I certainly would support any decision that would allow your sentence to be reduced, unfortunately, the calculation and application of good time credits falls under the authority of the Bureau of Prisons and not the sentencing court.

I am sorry to hear of your mother's declining health.

Sincerely,

William M. Nickerson
Senior United States District Judge

cc: Court File
    Counsel of record