Probation Form No. 35
(3/05 Mod)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

Vs.

Michael Smith

Crim. No. 90CR00454-008

On June 14, 2011, the above named was placed on Supervised Release for a period of five years. He has complied with the rules and regulations. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Kimberly Lee
U.S. Probation Officer

_____
Dawn Clark
Supervisory U.S. Probation Officer

____FILED ____ENTERED
____LODGED ____RECEIVED

MAY - 3 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this __3rd__ day of __May__, 20__13__.

_____
William M. Nickerson
Senior U.S. District Judge