UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

September 25, 2013

Ike Eichenlaub
Regional Director, Mid-Atlantic Region
Mid-Atlantic Regional Office
Federal Bureau of Prisons
302 Sentinel Drive
Suite 200
Annapolis Junction, MD 20701

Re: Paul Winestock, Jr., Register # 27813-037
Case No. 90-WMN-454

Dear Mr. Eichenlaub:

I am writing in regard to Paul Winestock, Jr., Register # 27813-037, who is currently serving a 360-month sentence at the Elkton Federal Correctional Institution in Ohio. I received a request from Mr. Winestock that I, as the sentencing judge, provide a recommendation to the Bureau of Prisons that he be placed in a community correctional facility prior to his release from custody for the full 12 months permitted by the Second Chance Act, 18 U.S.C. § 3624(c). Pursuant to my understanding of the Act, a statement from the sentencing judge recommending "a type of penal or correctional facility" is one of the factors that the Bureau of Prisons may consider in determining the transfer or placement of an inmate in a community correctional facility. See 18 U.S.C. § 3621(b), 3624(c)(6); 28 C.F.R. § 570.22.

I would like to provide a statement supporting Mr. Winestock's request for a full 12-month placement in a community correctional facility. The Court has consistently noted its appreciation for Mr. Winestock's substantial and commendable efforts at rehabilitation during his incarceration. I believe a 12-month placement in a community correctional facility would assist Mr. Winestock's efforts at successful reintegration after serving a lengthy prison term. It is not clear to me, however, how and to whom I would properly provide such a recommendation. Could you please advise the appropriate method by which I could submit a statement to the Bureau of Prisons in support of Mr. Winestock's request?

I appreciate any information you can provide.

Sincerely,

/s/
William M. Nickerson
Senior United States District Judge

cc: Paul Winestock, Jr.; Counsel of Record; Court File