FILED: November 1, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6615

(1:90-cr-00454-WMN-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PAUL WINESTOCK, JR.

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to remand, the court grants the motion and remands this case to the district court.

Entered at the direction of Judge Duncan with the concurrence of Judge Gregory and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk

For the Court

/s/ Patricia S. Connor, Clerk