FILED: November 25, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6615
(1:90-cr-00454-WMN-3)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PAUL WINESTOCK, JR.

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 11/1/13, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*