Paul Winestock, Jr.
3007 Central Avenue N.E.
Washington, D.C. 20018
August 26, 2014


Honorable Judge William M Nickerson
Garmatz Federal Courthouse, Ste. 4228
101 West Lombard Street
Baltimore, MD 21201


Dear Honorable Judge William M Nickerson:

I want to personally thank you once again for reducing my sentence and allowing me to regain my freedom. At this time I have a five year supervision/probation. I have been home for approximately nine months and have been employed for eight months.

I have started my own Janitorial Company (Winestock LLC) cleaning services which consist of power washing, cleaning business, and detailing automobiles, In addition to starting my own Non-Profit Organization (S.O.N.G) Saving Our Next Generation helping with the children around the metropolitan area.

I have enclosed letters of all events that I have sponsored in the Metropolitan area by giving back to the communities.

Honorable Judge William M Nickerson I am requesting if you would kindly suspend the remaining supervision/probation which will allow me to travel with my family as well as sponsor trip for my non-profit organization for the children.

I thank you in advance for your time and consideration concerning this most important matter.


Sincerely,

*Paul Winestock Jr.*

Paul Winestock, Jr

**The Academies at Anacostia**
1601 16th Street, SE
Washington, DC 20020
(202) 698-2155 phone
(202) 698-2188 fax

January 22, 2014

To whom it concerns:

Mr. Paul Winestock, the CEO of community-based organization SONG (saving our next generation) will be a guest speaker at The Academies of Anacostia SHS on Tuesday, January 28, 2013 between 3: 30 pm and 4:30pm. Additionally Mr. Winestock's CBO will pay for pizza to serve the students present on January 28, 2013. This lecture has been organized and planned by Sayyah George- Hart-Bey, ELA teacher and her co- teacher, Trena Adams.

Additionally, Dr. Ian Roberts who serves as Principal of the academies and Anita Bordeaux who serves as assistant principal of the twilight academy have approved the guest speaker and support the lesson planned by Ms. George and Ms. Adams. The Anacostia school family is looking forward to having Mr. Winestock contribute to the ongoing lesson of raising awareness of how politics, laws and choices affect the lives of people. If there are additional questions or concerns regarding this lesson, please do not hesitate to contact Anacostia Senior High School and ask for Ms. George- Hart-Bey at 202-698-2155 or cell – 202-489-8775

Best,
Sayyah George- Hart-Bey


DISTRICT OF COLUMBIA
PUBLIC SCHOOLS


Learn
Achieve
Grow
Friendship

# S.O.N.G.



## Saving Our Next Generation

Paul Winestock, Jr.
Executive Director
Saving Our Next Generation (S.O.N.G.)
(202) 705-0024
Email:songincorporation@gmail.com

Date:       Saturday, March 15, 2014

Time:       10:00 AM ET – 3:00 PM ET

Venue:      Langdon Park Recreation Center

Address:    2901 20th Street N.E. Washington, DC 20018

Cost:              Free Event

# S.O.N.G.



## Saving Our Next Generation

## S.O.N.G. 1st Annual Basketball Tournament

### Tournament Mission:

To sponsor a basketball tournament for ages 8 and under (8-U) boys from the Washington DC Metropolitan area and provide enrichment services while giving back to our communities.

### Goal:

To eliminate all imaginary lines that divide our communities, creating one safe and whole community for our youth.

### Services:

Saving Our Next Generation (S.O.N.G.) is hosting it's 1st annual basketball tournament. This event is being sponsored to give back to the community by bringing children together to participate in an event in hopes of unifying all communities as one. The tournament will emphasize the importance of good sportsmanship, hard work, and healthy competition. This event hosted by S.O.N.G. and is intended to provide the framework for successfully delivering of a vision of unity to our youth.

There will be six (6) teams competing to be crowned the champion. This is a single game elimination tournament with a championship game and ceremony. The prime time event will be the 1st Annual Regional All-star Game. The all-star game will enable our youth from different teams to work together to achieve a common goal while diminishing any boundaries separating our communities. This event will showcase the necessity of team work and accountability. (Time-Permitted)

We may have guest speakers to talk about their walks in life and what changes they have made to impact their life and their community. The theme for this event is community responsibility, motivation, and stabilization. There will also be trophies given to each team. This event is free for all competing basketball teams. As a result, the return on investment will be community enrichment. Please come out and give your support in our efforts to build stronger communities and use our youth basketball event as the foundation. Contact Paul Winestock for questions.

# Barbara Arnwine serves as panelist on The Trice Edney News Wire Stateswomen for Justice Luncheon

March 20, 2014



"Stateswomen for Justice"

2014 Theme:
"How to Move from Chaos to Community -Our Response to 'My Brother's Keeper'"



Panelists:

    

Barbara Arnwine, President & Exec. Director, Lawyers' Committee for Civil Rights Under Law

Dr. E. Faye Williams, National Chair, National Congress of Black Women

Dr. Barbara Reynolds, Syndicated Columnist/Award-winning Journalist

Dr. Julianne Malveaux, Syndicated Columnist; President Emeritus, Bennett College for Women

Melanie Campbell, President/CEO, National Coalition on Black Civic Participation; Convener, Black Women's Roundtable

*Moderator:*



**Omarosa Manigault**
Activist, Educator, Philanthropist

Thursday, March 20, 2014
Noon-2pm
Washington, DC

President Barack Obama has launched what some view as one of the most prolific initiatives of his administration. "My Brother's Keeper" focuses national attention on the disparate issues faced by young Black and Latino men in a nation that promises freedom and justice for all. For centuries, Black women have - behind the scenes and on the front lines - carried the torch of freedom, justice and equality jointly with men on every issue from civil rights to education, to economics. This dynamic issues forum and celebratory luncheon featured the wisdom, guidance and visions of five powerful thought leaders - not just on "My Brother's Keeper" - but on the cutting edge issues of 2014.

# Our Voices, Our Issues, Our Politics is NOW!

**Register TODAY!** for the 11th Annual Black Youth Vote! Civic Leadership & Organizers Training Conference

## April 17 – 18, 2014
at the National Education Association
1201 16th Street, NW, Washington, D.C.

Youth leaders, activists and organizers (18-35 years) are encouraged to attend. Trainings are led by Black Youth Vote! Alumni and partners from across the country!

## Black Youth Vote!
## Join the Movement TODAY!

The power of our movement comes from the fact that we are able to organize diverse coalitions to make positive change in our communities! Not only are our coalitions diverse, but so is the universe we're organizing to raise our collective voices and leverage the power of the Black youth vote to hold elected officials accountable to our issues!

*A program of the National Coalition on Black Civic Participation, Inc.*

## REGISTER TODAY!
## $20.00 per person

Registration Scholarships Available
Contact BYV! for Registration Scholarships at
ncbcp@ncbcp.org

**Lead Sponsors**




**Supporters**




















Ronald W. Walters Leadership and Public Policy Center | Community of Hope AME Church - Hillcrest Heights, MD
Values Partnerships | Ford Foundation

# 2014 Black Youth Vote! Conference Highlights

## Thursday, April 17th

**11:00 am – 5:00 pm**
Organizing and Training Sessions
National Education Association
1201 16th Street, NW
Washington, DC

**6:00 pm – 8:00 pm**
The Gathering of Black Men Dialogue (Men Only)
Black Women's Roundtable Sister Circle (Women Only)
Doubletree by Hilton
1515 Rhode Island Avenue, NW
Washington, DC

## Friday, April 18th

**8:00 am – 3:30 pm**
Organizing and Training Sessions
National Education Association

**Organizing & Training Sessions Will Focus on:**
Ending Stand Your Ground Laws
Protecting Your Right to Vote
Quality Pubic Education is a Right Not a Privilege
Making College Affordable
Getting Out the Black Youth Vote in the 2014 Mid-Term Election
Best Practices in Integrated Voter Engagement
Jobs, Justice and Economic Freedom
Gathering of Black Men Dialogue
Black Women's Roundtable Sister Circle and more!

Facebook: blackyouthvote
Twitter: @blackyouthvote
Hashtag: #BYV2014

www.ncbcp.org

## Join Black Youth Vote!

delegations from across the country for an engaging & transformative conference!








**Friendship Public Charter School- Woodridge Campus**
2959 Carlton Ave, NE • Washington, DC 20018 • (202) 635-6500

Donald L. Hense, Chairman, Board of Trustees     Rictor Craig, Principal

Dear Mr. Winestock,                                          JUN 1 3 2014

    I want to personally thank you for helping to make our end of the year carnival a success. Not only did you volunteer your time, find us a vendor that would provide us with equipment but you also donated the cost of the moon bounce. Your donation and time meant so much to our students. They were very excited and they really enjoyed themselves. I truly appreciate everything you were able to do for our students. It showed them what it means to give back to the community and how to make a difference in other people's lives.

Thank you again!

*Alecia Taylor*

Ms. Alecia Taylor
Kindergarten Teacher/ Culture Coordinator
Friendship Public Charter School

*Learn...Achieve...Grow*

# Catholic Charities
Opening doors to help and hope.

JUL 24 2014

Dear Mr. Winestock,

It was a pleasure having you to assist us in the Adams Place Shelter's annual community day event for the homeless on July 24th 2014.

Your contribution made all of the difference in the world, as it just added more to what we were attempting to do, and it was a success because of people like you who are willing to give back to those who are considered to be less fortunate than others.

Mr. Winestock, we at Adams Place Shelter know that your heart is in the right place, as you spoke of even desiring to do more with other shelters throughout the community. Believe me, there is a need and with the support and advocacy of people like you we can get it done, and possibly one day end the serious nature of homelessness in our communities.

Again, keep up the good work and may God continue to bless you.

Robert Walker
Senior Program Manager
Adams Place Shelter

Adams Place
2210 Adams Place, NE Washington, DC 20018 • Telephone (202) 832-8317 • Fax (202) 832-8319 • www.catholiccharitiesdc.org



July 30, 2014

To Whom It May Concern

I would like to commend Mr. Paul WInestock for his commitment to volunteer this summer during our SYEP Summer Youth Employment 2014 program and his continued support with the Better Method Development Center. (BMDC) Our organization is a non-profit organization that has been established in the District of Columbia since 1969 and formerly known as Black man's Development Center (BMDC). We were the first licensed drug detoxification center in the District of Columbia and have been registered with Superior courts as a Third Party Custodian since 1971 under the Hon. Judge Bruce Beaudin. Other areas of expertise range in Workforce Development, Healthy relationship services and Mentoring to at-risk youth in the District of Columbia.

Our agency operates as Community Support Systems specialists and recognizes individuals that need intense character rebuilding, as well as individuals that perform with stellar character with regards to work ethic.

The character and work ethic of Mr. Paul WInestock was of an upright and professional manner and he mentored our youth, completed all assignments and reported for duty in a timely manner. Paul also indicated a desire to continue working with BMDC in a volunteer capacity. We truly appreciate his efforts and look forward to his commitment level being a part of our community family of support.

*Col. Saladin Jeru-Ahmed Bey*

Col. Saladin Jeru-Ahmed Bey

BMDC Community Support Systems

2424 Evarts street N.E.

Washington, D.C. 20018



**JHP Inc.**
*because Jobs Have Priority*

Headquarters
1526 Pennsylvania Avenue, SE
Washington, D.C. 20003
Phone 202.544.9128
Fax 202.544.6600

Naylor Road Program
2601/2603 Naylor Road, SE
Washington, D.C. 20020
Phone 202.575.2903
Fax 202.575.2904

August 7, 2014

To:   Rev. Judie Shepherd-Martin
Executive pastor for Church Administration
Miracle Temple Non-Denominational Church Inc
5219 Call Place, SE Washington, DC 20019
Email: judi01@verizon.net

Subject:   JHP Incorporated. Naylor Road Family Shelter Program Endorsement/ Participation with Miracle Temple Non-Denominational Church Inc. In collaboration with Mr. Paul Winestock for a Back to School fun day Project to improve the quality of life of children, youth and families in the District of Columbia

In my capacity as Program Director for JHP Incorporated. Naylor Road Family Shelter Program, accordingly, I am pleased to endorse the objectives and strategy of the above Project and express our commitment to participate in the project.

I confirm that the above Project is in accordance with our mission to "move homeless individuals from dependency to self-sufficiency by removing the barriers that prevent them from being successful" in addition to, rejecting the conventional "wisdom" that there will always be homelessness in our community.

JHP Incorporated is committed to cultivating a sense of community and camaraderie with the continued support from our community and partnerships.

Sincerely,

Sonja Rivers
Program Director

CC: Lacy Fountain – Acting Executive Director



In Association with Saving Our Next Generation, S.O.N.G., The Inner City Collaborative Community Development Corporation, The Miracle Temple Youth Coalition and JOBS HAVE PRIORITY, INC.
PRESENTS . . .

First Annual

# BACK TO SCHOOL

## Community Day & Outreach

Saturday, August 16, 2014
11:00 AM until 3:00 PM

2601 & 2603 Naylor Road, SE
Washington, DC 20020

**REAR PARKING LOT**

Food, Health & Wellness, Moon Bounce, School Supplies for all ages; Giveaways and so much more

For More Info Contact:
Reverend Judie S. Martin, ICCCDC @ 240-304-6822
Mr. Paul Winestock, S.O.N.G. @ 202-705-0024
Ms. Sonja Rivers, JHP, Inc. @ 202-544-9128

# GREATER NEW HOPE BAPTIST CHURCH
816 – 8th Street NW
Washington, D.C. 20001
Telephone (202) 842-1036   Fax: (202) 842-2785

**Bishop Melvin G. Brown**
*Pastor/Senior Minister*

**Trustee Edward J. Bell**
*Chairperson, Board of Trustees*

**Sister Lovie K. Hawkins**
*Recording Secretary*

**Deacon Albert S. Yancey**
*Chairman, Board of Deacons*

**Sister Michelle Upson**
*Church Secretary*

**Brother Roy L. Prince**
*Treasurer*

August 19, 2014

The Honorable William M. Nickerson
United States District Court
101 Lombard Street
Baltimore, MD 21201

Subject: Service of Paul Winestock

Dear District Judge Nickerson:

This is to inform you that Mr. Paul Winestock participated as an inspirational speaker during our monthly Homeless/Needy Luncheon on Tuesday, August 12, 2014 at the Greater New Hope Baptist Church, 816 - 8th Street, NW, Washington, DC from 11:15 AM - 12:15 PM. He was very instrumental in encouraging those in attendance not to walk in his earlier footsteps, which led to incarceration.

We were honored to have had Mr. Winestock as our speaker this month and would welcome him again in the future.

In God's Service,

Sis. MaryAnn Tolbert, President
Missionary Ministry

"2014: A Year of Evangelizing, Edifying, Energizing, Elevation & Expansion"
Ephesians 4:12

# EXPERIENCE God
## COMMUNITY OUTREACH

Sponsored by: The Youth Coalition of Miracle Temple Non-Denominational Church, Inc.

**Saturday, September 6, 2014**
**10:00 AM until 4:00 PM**
**C. W. Harris Elementary School Playground**
**301 53rd Street, SE, Washington, DC 20019**

## STOP BY AND JOIN US

### HOSTED BY



Assistant Pastor, Youth Ministry & Author
Reverend Robin Randle
Miracle Temple Non-Denominational Church, Inc.



President, Youth Coalition
Lead Musician, Keyboards
Assistant Praise & Worship Leader
Xavier Parker
Miracle Temple Non-Denominational Church, Inc.



Miracle Temple
Non-Denominational Church, Inc.
5219 Call Place, SE
Washington, DC 20019
(202) 584-3103 Phone
(301) 336-5164 Fax
Apostle Bertha L. Shephard
Senior Pastor & Founder

CARICATURE PORTRAITS
FACE PAINTING
GAME TRUCK
LIVE ENTERTAINMENT
FOOD & MUCH MORE
DONATION: $5.00

VISIT US ON SOCIAL MEDIA FOR UPDATES

 Miracle Temple's Gifted

 @GiftedYouth_

 RAIN DATE: Sat., Sept. 13, 2014