Prob Form 35
(7/13 Mod)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

vs.                                                                                   Crim. No.  WN-90-0454

Paul Winestock, Jr.

On October 5, 1993, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

*Scott Holtzer*
Scott Holtzer
U.S. Probation Officer

*Brian O'Connor*
Brian O'Connor
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this __18th__ day of __February__, 20_15_.

*William Nickerson*
The Honorable William M. Nickerson
Senior U.S. District Judge