

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 27 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

July 12, 2016

The Honorable William M. Nickerson
Senior Judge
c/o Edwin Encarnacion
 United States Probation Officer
Garmatz Federal Courthouse, Suite 4228
101 West Lombard St., Baltimore, MD 21201

**Re: Letter in Support of the Termination of Norman O'Neal Brown's
Term of Supervised Release**

Dear Judge Nickerson:

    I am pleased to write this letter in support of terminating Norman O'Neal Brown's term of supervised release. Norman received a Presidential commutation on July 13, 2015 after serving 24 years of a life sentence. Since Norman's release from federal prison he has worked at the law office of William Dave Jackson. On March 31st, Norman participated in a historic event at the White House entitled *Life After Clemency* where several people who have received commutations from Presidents Clinton, Bush and Obama spoke during a panel discuss about the successes and challenges they have encountered since their release from prison. Norman also had the distinct pleasure of being among a few commutations recipients to have lunch with President Barack Obama on that day.

    I also worked with Norman in April to participate in an event on Capitol Hill to bring concerns about the federal criminal justice system and policies that could improve the system to the attention of lawmakers. On April 28th, he spoke during an educational briefing and met with Members of Congress and their staff about his experiences in the justice system. Norman has also participated in serval panels sponsored by Google, Inc. regarding criminal justice reform.

    Norman has been extremely gracious with his time and has also begun to work with youth at the D.C. Youth Services Center to mentor them so that they avoid making the same mistakes he did in when he was young. In the short time he has been home from prison, Norman has done what many people hope to do in a lifetime and that is to make a real difference in people's lives. He is a highly sought after speaker because his words and life experiences resonate with so many people.

In addition to all the great volunteer work Norman has participated in less than a year, he also has been hired by a new organization called Project New Opportunity (PNO) to work with people who are returning to the community. PNO is a collaborative effort committed to the successful return of federal prisoners who are released early based on a sentence modification or a presidential commutation. PNO takes a fresh, evidence-based approach toward improving the transition from prison to community for an important segment of the returning federal prison population.

Norman is very thoughtful and impressive man. His commitment to his family and overcoming the obstacles that have confronted him in his life journey is motivating. I am inspired by Norman's commitment to make good of the second he has been given by President Obama. For all of these reasons, I emphatically support Norman's request to terminate his term of supervised release. If you have any additional questions, please do not hesitate to contact me at (202) 675-2307 or jmccurdy@aclu.org.

Sincerely,

Jesselyn McCurdy, Esq.
Deputy Director
American Civil Liberties Union
Washington Legislative Office





American Civil Liberties Union
Washington Legislative Office
915 15th Street, NW, 6th FL
Washington, DC 20005

The Honorable William M. Nickerson
Senior Judge
c/o Edwin Encarnacion, US Probation Officer
Garmatz Federal Courthouse, Suite 4228
101 W. Lombard Street
Baltimore, MD 21201