IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**         *

                                          *

v.         *         Case No. 1:90cr00454-WMN-4

                                         *

Benjamin et al.
        **Defendant.**         *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, **Norman O'Neal Brown**
I certify that: [check one that applies and complete]

[ ] I am admitted to practice in this Court.

[x] I am a member in good standing of the bar of the highest state court of
District of Columbia, New York

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

11/04/2016
Date

Signature

Jessica Leinwand
Printed name and bar number

Wilmer Cutler Pickering Hale and Dorr LLP
Firm name

1875 Pennsylvania Avenue NW, Washington, D.C. 20006
Address

jessica.leinwand@wilmerhale.com
Email address

202-663-6673
Telephone number

202-663-6363
Fax number

Please select your designation:
[ ] CJA    [ ] Retained    [ ] Public Defender    [✓] Pro Bono

**NOTE:** Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are **not** a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

EntryofAppearanceCriminal (07/2014)