# EXHIBIT 6

**ProjectNewOpportunity**

**Malcolm C. Young**
Project Director

**Norman Brown**
Deputy Project Director

1220 L Street N. W. - Suite 605
Washington, D. C. 20005
P: 866-531-9868
E:mjenkins@communityalternatives.org
www.ProjectNewOpportunity.org

28 September 2016

The Honorable William M. Nickerson, Senior Judge
Garmatz Federal Courthouse
101 West Lombard St.
Baltimore, Maryland 21201

Dear Judge Nickerson:

I am pleased to write in support of Norman Brown's motion to terminate federal probation supervision.

I am the Project Director of Project New Opportunity, a privately-funded pilot program established under the umbrella of the Center for Community Alternatives (CCA), a 30+ year-old New York State based non-profit which provides services to youth and adults in the criminal justice system. Project New Opportunity is designed to assist certain categories of federal prisoners with reentry.

On April 27, 2016, I first heard Mr. Brown speak at events honoring individuals who received Presidential grants of clemency and sentence commutations. After a brief mutual introduction, Mr. Brown began to work with Project New Opportunity on a volunteer basis. I soon hired him as a consultant. In July 2016, Norman Brown was appointed Project New Opportunity's Deputy Project Director.

Mr. Brown impressed me for several reasons: because of his experience coaching and mentoring fellow inmates regarding how to meet the challenges of returning to their home communities after prison; because he has and shares a great deal of information about how the federal prison system works and can work to facilitate reentry; because he is a good, clear speaker as well as an educator; and, because he shares Project New Opportunity's vision of what can be done to improve reentry outcomes for people leaving federal prison.

As Deputy Project Director, Mr. Brown is currently reviewing Project New Opportunity's case work. He has thoughtfully proposed improvements in the services our consultants provide. He has helped everyone in the Project better understand and meet the needs of our clients – individuals who have spent on average eight years in federal prison before their release. Mr. Brown seems to intuitively understand and follow organizational protocol, shows respect for the professionals whose work he is reviewing, and easily shares his insights about the challenges facing inmates as they are released into a less structured world. Currently, he is contributing to the design and delivery of training for Project New Opportunity's consultants.

As part of his work, Mr. Brown meets with leaders in the Bureau of Prisons as well as advocates for federal prisoners. He is frequently asked to participate in public forums and interviews with news reporters and commentators about his experience having been granted a sentence

David Condliffe, Esq.
Executive Director

CENTER FOR COMMUNITY ALTERNATIVES
INNOVATIVE SOLUTIONS FOR JUSTICE

25 Chapel Street, 7th Floor
Brooklyn, NY 11201
T: 718.858.9658 ext.229

commutation, and about reentry issues generally. He has received enormously positive feedback in this regard.

In daily work, Mr. Brown is dependable, accountable, punctual, a good manager of his time, and respectful of the demands on the time of those he works with.

With more than 30 years' experience directing criminal justice non-profits, programs and projects, I can honestly say I have never made a better hiring decision than the one that brought Norman Brown into this Project. I truly enjoy working with Mr. Brown. I am also pleased to report that Mr. Brown quickly gains the trust and confidence of every person with whom he comes into contact in the course of his work. People quickly understand and respect his genuine desire to help people who are or were incarcerated.

I understand that Mr. Brown also serves as a visiting counselor and role model to youth in custody in the District of Columbia. In that role, he meets with groups of youth at the detention facility in the evenings. Although he started to work with these youth as a volunteer, the D. C. Department of Corrections has since retained him on a consulting basis.

Since his release, Mr. Brown has become a leader and a stabilizing force within his family and the family of close friends. His family and close friends turn to him with individual problems. For example, Mr. Brown was the person his family entrusted with managing the repair of a damaged automobile. He navigated the health care system on behalf of an elderly person, and then shouldered the responsibility of making arrangements following that person's death. Mr. Brown deals with these matters with equanimity and a competence that belies his years of incarceration. His strength of character is serving him and his family well.

In many cases, the period of probation supervision that follows an inmate's release can have extraordinary value. I am sure that if Norman Brown remains on probation, he will meet all requirements. But I am equally sure he will do superbly after the conditions of supervised release are lifted, at which time the resources devoted to Mr. Brown can be directed to individuals who truly need external guidance, assistance, and monitoring.

I could easily say more. If you have any questions or if I can provide additional information, please do not hesitate to call or send an email.

Thank you for your consideration in this matter.

Sincerely,

Malcolm C. Young
Project Director
myoung@communityalternatives.org
Phone: 773-726-8123