# EXHIBIT 12

10/12/2016 The White House on Twitter: "Norman served 20 years of his life sentence before @POTUS granted him clemency. Here are a few lessons he's learne…

Case 1:90-cr-00454-WMN    Document 1756-12    Filed 11/10/16    Page 2 of 2

