IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Crim. Action No. WMN-90-0454 |
| | * |
| NORMAN O'NEAL BROWN | * |
| | * |

* * * * * * * * * * * * * * * * *

**ORDER**

Defendant Norman O'Neal Brown, through counsel, filed a Motion for Early Termination of Supervised Release. ECF No. 1756. After Mr. Brown's life sentence was commuted by President Obama on July 13, 2015, Mr. Brown was released on November 10, 2015, and is now serving a 10-year term of supervised release. Section 3583 of Title 18 of the U.S. Code authorizes a court to terminate supervised release after a person has satisfactorily served at least one year of the imposed term. See 18 U.S.C. § 3583(e).

The instant motion details how Mr. Brown, after receiving a mandatory life sentence that this Court characterized as "tragically disproportional" to the seriousness of his offenses, transformed his life. He was a model prisoner while incarcerated and, after release has made an exemplary transition back into society. The Court, without any hesitation, finds that the relief requested is fully warranted.

Accordingly, IT IS this 16th day of November, 2016, by the United States District Court for the District of Maryland, ORDERED:

(1) That Defendant Norman O'Neal Brown's Motion for Early Termination of Supervised Release, ECF No. 1756, is GRANTED;

(2) That Defendant is discharged from Supervised Release and that the proceedings in the case as to Mr. Brown are terminated; and

(3) That the Clerk of the Court shall transmit a copy of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge